Trepagnier & Bres, Limited (Suing, by Error in Name, as "Trepagnier & Bros., Limited"), Respondent, *v.* Arthur S. Rose et al., Appellants.

*Trepagnier & Bros.* v. *Rose*, 18 App. Div. 393, affirmed.
(Argued January 24, 1898; decided March 1, 1898.)

Appeal, by certification, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1897, affirming so much of an order of Special Term as denied a motion to vacate a levy made under a warrant of attachment.

The question certified was as follows:

" Is a policy of fire insurance under which a loss has occurred which has been adjusted, and under which nothing remains to be done but the payment by the insurer to the insured of a fixed sum of money, an 'instrument for the payment of money' within the meaning of subdivision 2 of section 649 of the Code of Civil Procedure, and is a valid levy under a warrant of attachment made on such a policy by serving a certified copy thereof on the proper officer of the insurer, the policy itself not being taken into the sheriff's actual custody ? "

*Edward F. Dwight* for appellants.

*Theodore F. C. Demarest* and *Henry W. Goodrich* for respondent.

Order affirmed, with costs, on opinion below, and the first branch of the question certified answered in the negative and the second in the affirmative.

All concur.